UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT NASH, and JEFFREY PEPPER, on behalf of themselves and all others similarly situated, | x : : : : |
| *Plaintiffs*, | Civil Action No. 6:17-6718 MAT : : |
| v. | Electronically filed : : |
| PERCHERON PROFESSIONAL SERVICES, LLC, | : : : : |
| *Defendant*. | : x |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Robert Nash and Jeffrey Pepper, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice of Dismissal without Prejudice of this civil action.

Respectfully submitted,

/s/Joseph H. Chivers
Joseph H. Chivers, Esq.
    jchivers@employmentrightsgroup.com
THE EMPLOYMENT RIGHTSS GROUP
First & Market Building
100 First Avenue, Suite 650
Pittsburgh, PA 15222
Tel.: (412) 227-0763

*Counsel for Plaintiffs and all others similarly situated*

Dated: February 23, 2018

SO ORDERED

MICHAEL A. TELESCA
United States District Judge

DATE  2/26/18